*SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

No. 07–0870/AF. U.S. v. Charles S. Roach. CCA S31143. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 3, 2011.

No. 11–0614/NA. U.S. v. Abayomi O. Kalejaiye. CCA 201100007. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 4, 2011.

Monday, July 18, 2011

Misc. No. 11–8039/AR. James Z. Yelverton, v. United States. CCA 20110092. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was received by mail under Rule 27(b) on April 21, 2011, and placed the docket this 18th day of July, 2011. On consideration thereof, it is ordered that said writ-appeal petition is hereby denied.